**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26189-BLOOM**

YEISEL CUTINO HERNANDEZ,

Petitioner,

v.

MIAMI FIELD OFFICE DIRECTOR,
U.S. Immigration and Customs Enforcement (ICE);
ACTING DIRECTOR, ICE; and SECRETARY,
Department of Homeland Security,

Respondents.
_______________________________________________/

**ORDER ON PETITIONER'S MOTION TO**
**DISMISS PETITION OF HABEAS CORPUS**

**THIS CAUSE** is before the Court upon Petitioner's Motion to Dismiss Petition of Habeas Corpus ("Motion"), ECF No. [7]. Petitioner seeks to dismiss his Petition as moot because he has been released on bond from Immigration and Customs Enforcement custody. *Id.* Respondents do not oppose the Motion. *Id.*

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion, **ECF No. [7]**, is **GRANTED**.
2. Because Petitioner has been released from custody on bond, Petitioner's Petition for Writ of Habeas Corpus, **ECF No. [1]**, is **DENIED AS MOOT**.
3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.
4. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 28, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record